ASH

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Djiby Diop,

Petitioner,

v.

Luis Rosa, Jr., *et al.*,

Respondents.

No. CV 26-02729-PHX-JJT (JZB)

**ORDER**

On April 20, 2026, Petitioner filed a *pro se* Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus challenging his immigration detention pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Doc. 1). On April 22, 2026, the Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 3). In their Response (Doc. 6), Respondents indicate that Petitioner was ordered removed from the United States to Uganda on December 30, 2025. (*Id.* at 1-2). Respondents further indicated that they were preparing a flight for that removal. (*Id.*). It is unclear whether such removal has occurred, however, as Petitioner has continued to make filings as recently as October 13, 2026. (Doc. 15).

Accordingly, the Court will direct Respondents to provide an update on their efforts to effectuate Petitioner's removal within seven days of this Order.

. . . .

. . . .

. . . .

**IT IS THEREFORE ORDERED** that Respondents must file an update on their efforts to remove Petitioner within **seven (7) days** of the date of this Order.

Dated this 5th day of November, 2026.

Honorable John J. Tuchi
United States District Judge